E-filing

| PROB 22 (Rev. 2/88) | | DOCKET NUMBER *(Tran. Court)* CR06-00246-ER |
|---|---|---|
| **TRANSFER OF JURISDICTION** | | DOCKET NUMBER *(Rec. Court)* CR07-0412 CW |

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE | DISTRICT California | DIVISION Central |
|---|---|---|
| Joseph Darnell Donaldson 3600 Sierra Ridge, Apt. 4305 Richmond, California 94806 | NAME OF SENTENCING JUDGE Honorable Edward Rafeedie | |
| | DATES OF PROBATION/ SUPERVISED RELEASE | FROM 12/19/2006 | TO 12/18/2009 |

| OFFENSE |
|---|
| 18 U.S.C 286: Conspiracy to Defraud the Government with Respect to Claims |

FILED JUN 28 2007 RICHARD W. WIEKING CLERK, U.S. DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA OAKLAND

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE ___Central___ DISTRICT OF ___California___

IT IS HEREBY ORDERED that, pursuant to 18 U.S.C. 3605, the jurisdiction of the probationer or supervised releasee named above be transferred with the records of this Court to the United States District Court for the NORTHERN DISTRICT OF CALIFORNIA upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this court.*

JUN 14 2007
Date

_Edward Rafeedie_
United States District Judge

*This sentence may be deleted in the discretion of the transferring Court.

**PART 2 - ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE _____ DISTRICT OF _____

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

26 June 2007
Effective Date

_[signature]_
United States District Judge